# WEINER LAW GROUP LLP

## ATTORNEYS AT LAW
www.weiner.law

ALAN J. BARATZ  abaratz@weiner.law
Member of the Firm

November 2, 2017

VIA: E-filing
The Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court Courtroom 404
M.L. King Jr. Federal Bldg. &
 and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **Marcus Jeter v. Township of Bloomfield et al.**
**Docket No: 2:14-cv-05387-FSH-JBC**
**Claim No: X85665**
**DOL: June 7, 2012**
**Our File No: 87842**

Dear Judge Waldor:

Our firm represents defendants, Township of Bloomfield and Police Chief Christopher Goul in the above referenced matter. At our last Settlement Conference Your Honor graciously offered to conference the matter again with a view toward settlement if the parties' positions changed to a degree that would render further discussion potentially meaningful. Ms. Hinson has provided a revised demand, she and I have discussed the matter since that time, and I have obtained the authorization of the Joint Insurance Fund and its excess carrier to participate in a further Settlement Conference. If Your Honor has some availability in early – mid December to entertain counsel and the Joint Insurance Fund's representative, it would be greatly appreciated.

Thank you.

Respectfully yours,
WEINER LESNIAK LLP

By: _____
Alan J. Baratz
A Member of the Firm

AJB:tb
cc:  Tracey Hinson, Esq. (via e-mail)

The Honorable Cathy Waldor, U.S.M.J. Page 2
**Re: Marcus Jeter v. Township of Bloomfield et al.**
**Docket No: 2:14-cv-05387-FSH-JBC**
**Claim No: X85665**
**DOL: June 7, 2012**
**Our File No: 87842**

      Robert F. Renaud, Esq. (via e-mail)
      Brenda Coppola Cuba, Esq. (via e-mail)
      Ian Doris, Esq. (via e-mail)
      Nicholas Greico, Esq. (via e-mail)
      Jeffrey Catrambone, Esq. (via e-mail jcatrambone@sciarralaw.com)
      Michael Parlivecchio, Township Attorney (via e-mail)
      Stephen Daveggia, NIP Group (via –email)
      Jeremy Solomon, Lit. Coord. (via e-mail)

1310333v1 87842 ltr to judge weldor ajb 11-2-17