Alan J. Baratz, Esq.
Attorney I.D. No: 031451982
WEINER LAW GROUP LLP
629 Parsippany Road, P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100        Fax: (973) 403-0010
Attorneys for defendants, Township of Bloomfield, and Police Chief Chris Goul
File No: 87842        1389517v1 87842 stip of vol dismissal re twsp a/b 6-29-18

| MARCUS JETER, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|
| Plaintiff<br>v.<br><br>TOWNSHIP OF BLOOMFIELD, BLOOMFIELD POLICE DEPARTMENT, ORLANDO TRINIDAD, in his individual and official capacity, SEAN COURTER, in his individual and official capacity, ALBERT SUTTERLIN, in his individual and official capacity, THOMAS ICOLARI, in his individual and official capacity, DEVIA LOPEZ in her individual and official capacity, LT. SEAN SCHWINDT, in his individual and official capacity, SGT. JOHN SERCHIO, in his individual and official capacity, LT. MICHAEL COFONE, in his individual and official capacity, CHIEF CHRIS GOUL, in his individual and official capacity, CAPT. GLEN WIEGAND, in his individual and official capacity, JOHN DOE POLICE OFFICERS 1-20, in their and official capacity, (names being fictitious) JOHN DOE CHIEFS and SUPERVISORS 21-40, in their individual and official capacity, JOHN DOE PROSECUTORS, in their individual and official capacity (names being fictitious), JANE DOES 40-60, in their individual and official capacity (names being fictitious), XYZ PUBLIC ENTITY, COMPANY/CORPORATION 1-10 (names being fictitious) and PROGRESSIVE INSURANCE COMPANY,<br><br>Defendants. | DOCKET NO: 2:14-CV-05387-KSH-JBC<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

WEINER
LAW GROUP
LLP

Attorneys at Law
629
Parsippany Road
Parsippany, NJ
07054-0438
973-403-1100

The matter in difference in the above entitled action having been amicably adjusted by and between plaintiff and the Township of Bloomfield, it is hereby stipulated and agreed that all claims of plaintiff pled in the Complaint and Amended Complaint as against defendant, Township of Bloomfield be and are hereby dismissed with prejudice, and without costs to either party.

Dated: 7/2/18

Hinson Snipes, LLP

By: _____
Tracey C. Hinson, Esq.
Attorney for plaintiff

WEINER LAW GROUP LLP
Attorneys for defendants,
Township of Bloomfield and
Former Chief Christopher Goul

By: _____
Alan J. Baratz, Esq.
A Member of the Firm

Dated: 9/25/18

Paolumbo & Renaud

Dated:

By: _____
Robert F. Renaud, Esq.
Attorneys for defendant,
Sergeant John Serchio

WEINER
LAW GROUP
LLP

Keenan & Doris, LLC

Date: 10/18/18        By: _____
                          Ian Doris, Esq.
                          Attorneys for defendant,
                          Lt. Michael Cofone


Inglesino, Webster, Wyciskala & Taylor, LLC

Date: 7/19/18         By: _____
                          Nicholas Grieco, Esq.
                          Attorneys for defendant,
                          Lt. Sean Schwindt


Law Offices of Brenda Coppola Cuba

Date:                 By: _____
                          Brenda Coppola Cuba, Esq.
                          Attorneys for defendant,
                          Police Officer Albert Sutterlin


Sciarra & Catrambone, LLC

Date: 9.27.18         By: _____
                          Jeffrey D. Catrambone, Esq.
                          Attorneys for Orlando Trinidad


Date:                 By: _____
                          Joseph H. Neiman, Esq.
                          Attorney for Sean Courter

WEINER
LAW GROUP
LLP
Attorneys at Law
629
PARSIPPANY ROAD
PARSIPPANY, NJ
07054-0438
973-403-1100

Keenan & Doris, LLC

Date: _____   By: _____
                            Ian Doris, Esq.
                            Attorneys for defendant,
                            Lt. Michael Cofone


Inglesino, Webster, Wyciskala & Taylor, LLC

Date: _____   By: _____
                            Nicholas Grieco, Esq.
                            Attorneys for defendant,
                            Lt. Sean Schwindt


Law Offices of Brenda Coppola Cuba

Date: _____   By: _____
                            Brenda Coppola Cuba, Esq.
                            Attorneys for defendant,
                            Police Officer Albert Sutterlin


Sciarra & Catrambone, LLC

Date: _____   By: _____
                            Jeffrey D. Catrambone, Esq.
                            Attorneys for Orlando Trinidad


Date: 1/19/18   By: _____/s/_____
                    Joseph H. Neiman, Esq.
                    Attorney for Sean Courter

WEINER
LAW GROUP
LLP
Attorneys at Law
629
PARSIPPANY ROAD
PARSIPPANY, NJ
07054-0438
973-403-1100

Weiner Lesniak  Fax:9734030010  Jul 12 2018 03:12pm  P012/012

        Attorneys for defendant,
        Sergeant John Serchio

Keenan & Doris, LLC

Date:                  By: _____
                          Ian Doris, Esq.
                          Attorneys for defendant,
                          Lt. Michael Cofone

Inglesino, Webster, Wyciskala & Taylor, LLC

Date:                  By: _____
                          Nicholas Grieco, Esq.
                          Attorneys for defendant,
                          Lt. Sean Schwindt

Law Offices of Brenda Coppola Cuba

Date: July 17, 2018        By: *Brenda Coppola Cuba*
                          Brenda Coppola Cuba, Esq.
                          Attorneys for defendant,
                          Police Officer Albert Sutterlin

Sciarra & Catrambone, LLC

Date:                  By: _____
                          Jeffrey D. Catrambone, Esq.
                          Attorneys for Orlando Trinidad

So Ordered
11/1/2018
*Katharine Hayden*

WEINER LAW GROUP LLP
Attorneys at Law
629
Parsippany Road
Parsippany, NJ
07054-0428
973-403-1100